UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARDS S. WILLIAMS et al.,

       Plaintiffs,                      Case No. 23-12690

v.                                     HON. MARK A. GOLDSMITH

STUART A. GOLD et al.,

       Defendants.
_____/

**OPINION & ORDER
(1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
(Dkt. 31), (2) OVERRULING PLAINTIFFS' OBJECTION (Dkt. 38), AND (3) DENYING
PLAINTIFFS' MOTION FOR EMERGENCY INJUNCTIVE RELIEF (Dkt. 26)**

The matter before the Court is the Report and Recommendation (R&R) of Magistrate Judge Curtis Ivy, Jr. issued on February 26, 2024 (Dkt. 31). The issue before the magistrate judge was the motion for emergency injunctive relief filed by Plaintiffs Edward S. Williams and Camile V. Williams (Dkt. 26). Plaintiffs filed the motion in an attempt to stop the sale of real property located at 18405 Prairie St., Detroit, Michigan. See R&R at 1; Mot. at PageID.394. In the R&R, the magistrate judge recommends that the Court deny the motion for emergency injunctive relief. R&R at 2–4. Plaintiffs filed an objection (Dkt. 38).[1] No response was filed.

The Court has considered Plaintiffs' objection and finds it to be without merit. An "objection" that does nothing more than disagree with a magistrate judge's determination, "without explaining the source of the error," is not considered a valid objection. Howard v. Sec'y of Health and Human Servs., 932 F.2d 505, 509 (6th Cir. 1991).

---

[1] Dkt. 38 is labeled an "affidavit." The Court nonetheless construes it as an objection.

Plaintiffs' objection consists of one sentence restating the request presented in their motion. See Obj. It does not respond to the R&R or identify any mistake in the R&R's reasoning; therefore, it does not constitute a valid objection to the R&R. The Court has reviewed the R&R and has determined that its recommendation is appropriate.

For these reasons, the Court: (i) adopts the recommendation in the R&R, (ii) overrules Plaintiffs' objection, and (iii) denies Plaintiffs' motion for emergency injunctive relief.

SO ORDERED.

Dated: April 17, 2024  　　　　　　　　　　　s/Mark A. Goldsmith
　　　　Detroit, Michigan  　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　United States District Judge